## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

ENGINEERS JOINT WELFARE, PENSION,
SUPPLEMENTAL UNEMPLOYMENT BENEFIT
AND TRAINING FUNDS; et al.

          V.          CASE No.: 5:06-CV-1539(FJS/GHL)

RONALD REAPE d/b/a ATS Management
Construction

[ ]     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANT in the total amount of $15,302.14 plus post-judgment interest pursuant to 28 U.S.C. §1961(a) pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on June 9, 2008.

DATED:    June 9, 2008

                                                    Clerk of Court

LKB:lmp